**LAW OFFICE OF CAMERON SANCHEZ**
2440 S. Hacienda Boulevard
Suite #212
Hacienda Heights, CA 91745
(626) 961-8957
Bar Number 179135

Attorney for Debtors



FILED & ENTERED

SEP 20 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

CHANGES MADE BY COURT

<u>NOT FOR PUBLICATION</u>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO.  2:16-bk-25473-RK |
| OMAR COSIO AND MONICA COSIO, | CHAPTER 7 |
| DEBTORS. | ORDER DENYING DEBTORS' MOTION TO REOPEN CLOSED CASE TO ALLOW DEBTORS TO TO AMEND THEIR PETITION AND SCHEDULES WITHOUT PREJUDICE |

The court having considered Debtors' Motion to Reopen Closed Case to Allow Debtors to Amend their Petition and Schedules to Include an omitted creditor pursuant to 11 U.S.C. §350(b),

**IT IS HEREBY ORDERED THAT:**

Debtors' request to reopen this no asset, no bar date Chapter 7 bankruptcy case to add an omitted debt to their bankruptcy schedules is denied because reopening the case for this purpose would not result in any meaningful relief for Debtors because debt dischargeability is not affected by scheduling as held by the United States Court of Appeals for the Ninth Circuit in its decision in *In re Beezley*, 994 F.2d 1433 (9th Cir. 1993), *citing* 11 U.S.C. §523(a)(3)(A) and (B), which decision is binding on this court being in the Ninth Circuit.  As the Court of Appeals stated in *In re Beezley,* after a no

1  asset, no bar date Chapter 7 bankruptcy case has been closed, which is the situation in
2  this case, debt dischargeability is unaffected by scheduling, and an amendment of
3  bankruptcy schedules to list an omitted debt would be a "pointless exercise". *Id*. at 1434.
4  Denial of the motion to reopen this case is without prejudice to Debtors' filing a renewed
5  motion to reopen for meaningful relief, such as bringing a motion for contempt for
6  violation of the discharge injunction against a creditor for attempting to enforce a
7  discharged debt pursuant to Federal Rule of Bankruptcy Procedure 9020 in accordance
8  with the procedures of this court set forth in Local Bankruptcy Rule 9020-1.

**IT IS SO ORDERED.**

###

Date: September 20, 2018

_____
Robert Kwan
United States Bankruptcy Judge

- 2 -